OFFICE OF DISCIPLINARY COUNSEL *v.* OGLESBY.

[Cite as *Disciplinary Counsel v. Oglesby* (2000), 90 Ohio St.3d 455.]

(No. 00–1100—Submitted August 22, 2000—Decided December 27, 2000.)

*Jonathan Coughlan,* Disciplinary Counsel, and *John K. McManus,* Assistant Disciplinary Counsel, for relator.

*Lurlia Oglesby,* for respondent.

---

**Per Curiam.** Having reviewed the record in this matter, we adopt the findings and conclusions of the board. However, we believe that respondent should be and he hereby is indefinitely suspended from the practice of law in Ohio. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent and would suspend respondent for two years.